UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JENNY TZE-JAY PAO,<br>　　　　Plaintiff,<br>　v.<br>INSTANT BRANDS, INC., et al.,<br>　　　　Defendants. | Case No. 19-cv-08070-JSW (RMI)<br><br>**ORDER**<br>Re: Dkt. Nos. 36, 40, 41, 43 |

Now pending before the court are a series of discovery disputes presented in a piecemeal and disjointed fashion through a number of individually-filed letter briefs. *See* Pl.'s Ltr Br. (dkt. 36) at 5 (claiming Defendant refused to articulate a position); Def.'s Ltr. Br. (dkt. 40) at 7-8 (suggesting that some, but not all, of the disputes may have been, or may be resolved by certain concurrently-tendered amended responses and the production of a privilege log); *see also* Def.'s Supp. Ltr. Br. (dkt. 41) at 1 (attaching a later-procured declaration); *see also* Def.'s Second Supp. Ltr. Br. (dkt. 43) at 1 (submitting additional exhibits). One thing that is clear from this disjointed array of filings is that the Parties have not approached their obligations to meet and confer regarding these discovery disputes with any degree of seriousness. Accordingly, the Parties are **ORDERED** to properly meet and confer forthwith in a good-faith effort to narrow or resolve their discovery disputes without court intervention. Thereafter, no later than 12:00 noon on Tuesday, May 18, 2021, the Parties are **ORDERED** to either docket a jointly-filed notice declaring that their disputes have been resolved, or a jointly-filed letter brief (not to exceed five pages in total) clearly setting forth each Party's position regarding any matters that remain the subject of a genuine dispute. If the Parties are unable to resolve all of their outstanding disputes, the form and

content of any jointly-filed letter brief must comply with the relevant provisions set forth in the General Standing Order promulgated by the undersigned (which is publicly available on the court's website). The Parties are reminded that court intervention should be sought to resolve discovery disputes as a last resort, not as a first resort; therefore, the Parties are admonished to engage the meet and confer process in a meaningful fashion.

**IT IS SO ORDERED.**

Dated: May 11, 2021

ROBERT M. ILLMAN
United States Magistrate Judge